UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
:
EVELINA CALCANO, ON BEHALF OF :
HERSELF AND ALL OTHER PERSONS :
SIMILARLY SITUATED, :
: No.: 1:21-cv-7148
Plaintiffs, :
:
v. : **NOTICE OF VOLUNTARY**
: **DISMISSAL**
LUCKY SCENT, INC., :
:
Defendant. :
:
---------------------------------------- x

Plaintiff(s), EVELINA CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, LUCKY SCENT, INC., with prejudice and without fees and costs.

Dated: New York, New York
October 8, 2021

**GOTTLIEB & ASSOCIATES**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge

Dated:   November 10, 2021
         New York, New York